SAMUEL C. NESSLER, Respondent, v. JOSEPH GREER, INC., Appellant.— Order

affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.